1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    CIRON B. SPRINGFIELD,                    No.  2:18-CV-1063-KJM-DMC-P

12                    Plaintiff,

13        v.                                   ORDER

14    C. FIBER, et al.,

15                    Defendants.

16

17              Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil

18    rights action.  On March 11, 2019, the court adopted findings and recommendations filed by the

19    magistrate judge on July 18, 2018, ECF No. 13, and dismissed this action "without prejudice, for

20    lack of prosecution and failure to comply with court rules and orders."  ECF No. 16 at 2.

21    Judgment was entered on the same day.  ECF No. 17.  On March 25, 2019, plaintiff timely filed a

22    notice of appeal from the judgment.  ECF No. 18.  The appeal was processed to the United States

23    Court of Appeals for the Ninth Circuit, ECF No. 19, and has been assigned USCA Case Number

24    19-15554.  ECF No. 20.

25              On April 12, 2019, plaintiff filed a motion for reconsideration and request to open

26    the case in this court.  ECF No. 22.  By order filed July 16, 2019, this court issued an order stating

27    that it would, if this action were remanded from the court order appeals, grant plaintiff's motion

28    for reconsideration, direct that this case be reopened, and refer the matter back to the assigned

magistrate judge for service of process and further proceedings.  ECF No. 24.  On August 19, 2019, the United States Court of Appeals for the Ninth Circuit remanded the matter back to this court "for the limited purpose of enabling the district court to rule on appellant's motion for reconsideration and, if granted, reopen district court proceedings."  ECF No. 25.

For the reasons explained in this court's July 16, 2019 order, ECF No. 24, plaintiff's April 12, 2019 motion for reconsideration is granted.  The Clerk of the Court will be directed to reopen this action, and this matter will be referred back to the assigned magistrate judge for service of process and further proceedings.  In view of the findings in the court's July 16, 2019 order, the magistrate judge shall make the necessary order for service of process without requiring plaintiff to submit further copies of this complaint.  *See* ECF No. 24 at 2-3.

In accordance with the above, IT IS HEREBY ORDERED that:

1.  Plaintiff's April 12, 2019 motion for reconsideration, ECF No. 22, is granted;

2.  The Clerk of the Court is directed to reopen this action;

3.  This  matter is referred back to the assigned magistrate judge for service of process and further proceedings consistent with this order; and

4.  The Clerk of the Court is directed to send a courtesy copy of this order to the Pro Se Unit at the United States Court of Appeals, re: USCA Case Number 19-15554.

DATED:  August 26, 2019.

_____
UNITED STATES DISTRICT JUDGE