UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ciron B. Springfield,<br><br>    Plaintiff,<br><br>    v.<br><br>C. Fiber, et al.,<br><br>    Defendants. | No. 2:18-cv-01063-KJM-DMC<br><br>ORDER |

Plaintiff Ciron B. Springfield moves for reconsideration of the Magistrate Judge's order denying his request to reimburse the filing fee he paid to pursue an appeal in this action.  *See* Mot. Reimburse, ECF No. 43; Order, ECF No. 44; Mot. Recons., ECF No. 45.  Because this action has been settled and is closed, and because Mr. Springfield seeks post-judgment relief, the court construes the Magistrate Judge's order as findings and recommendations and Mr. Springfield's motion as objections.  *See* 28 U.S.C. § 636(b)(1)(A)–(B); E.D. Cal. L.R. 302(c)(21).  The court has considered Mr. Springfield's motion and the record de novo.

The court may assume without deciding that it has authority to consider a motion to reimburse a filing fee paid to begin an appeal.  The Magistrate Judge correctly determined that 28 U.S.C. § 1915 requires incarcerated plaintiffs who bring civil actions or file appeals *in forma pauperis* "to pay the full amount of a filing fee" notwithstanding this court's power to "authorize

the commencement, prosecution, or defense of any suit, action or proceeding . . . without prepayment of fees." *See* 28 U.S.C. § 1915(a)(1), (b)(1).  The motion for a rebate is **denied,** and the objections to the Magistrate Judge's decision are **overruled**.

IT IS SO ORDERED.

DATED: February 25, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE